William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Holderman, J.

(No. 5834—

200 X-Ray Laboratory, Claimant, *vs.* State of Illinois, Department of Public Aid, Respondent.

*Opinion filed April 27, 1971.*

200 X-Ray Laboratory, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Holderman, J.

(No. 5835—

Francois J. Conte, M.D., Claimant, *vs.* State of Illinois, Department of Public Aid, Respondent.

*Opinion filed April 27, 1971.*

Francois J. Conte, M.D., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.